THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST HUTCHIN-

son, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.